# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & E CO., LTD., a California Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>NANSHING AMERICA INC., a California Corporation, and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No.  2:21-cv-06194-DSF-JEM<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

The Court having considered the Joint Stipulation for Dismissal of Action executed and filed by Plaintiff E & E Co., Ltd. and Defendant NANSHING AMERICA INC., through their respective counsel of record, and finding good cause appearing therefor, hereby ORDERS that the above-captioned action, is dismissed with prejudice in its entirety with each party to bear its own costs, expenses, and attorneys' fees as incurred as against one another in connection with this action.

IT IS SO ORDERED.

DATED: July 19, 2022

By _____
Honorable Dale S. Fischer
United States District Court Judge